**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01929-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

BRIAN EDMOND BATH,

    Plaintiff,

v.

HSBC, A Delaware Foreign Corporation, aka, HSBC CARD SERVICES, aka, HSBC BANK, and
DAVID A. BAUER, PC, aka, DAVID A. BAUER,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

    Plaintiff, Brian Edmond Bath, currently resides in Greenwood Village, Colorado. Mr. Bath has submitted a Complaint pursuant to 15 U.S.C. § 1692 et seq.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Mr. Bath will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Bath files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1) ___ is not submitted
(2) _X_ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ other:

**Complaint or Petition**:

(9)  ___  is not submitted
(10)  _X_  is not on proper form (must use the Court's current form)
(11)  ___  is missing an original signature by Plaintiff
(12)  ___  is incomplete
(13)  ___  uses et al. instead of listing all parties in caption
(14)  ___  names in caption do not match names in text
(15)  ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  ___  other: _____

Accordingly, it is

ORDERED that Mr. Bath cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Bath files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Bath shall obtain the Court-approved forms used in filing a civil complaint and a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Bath fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED July 25, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge