IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01929–RBJ–KMT

BRIAN EDMOND BATH,

   Plaintiff,

v.

HSBC, a Delaware foreign corporation, aka, ORCHARD BANK, aka, HSBC CARE SERVICES, aka, HSBC BANK, and
DAVID A. BAUER, P.C., aka DAVID A BAUER,

   Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff filed a motion to amend his complaint (Doc. No. 31) on the same day he filed a motion for summary judgment (Doc. No. 30). It is unclear whether Plaintiff's Motion for Summary Judgment is directed at the current complaint or the proposed amended complaint. Therefore, Plaintiff's Motion for Summary Judgment (Doc. No. 30) is **DENIED** without prejudice. Plaintiff may refile his Motion for Summary Judgment after a ruling on his motion to amend his complaint.

Dated: February 19, 2013